IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALFONSO R. MOSLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY DEPT. OF CORRECTIONS, OMAHA POLICE DEPARTMENT, CORRECT CARE SOLUTIONS, and COUNTY COURT IN DOUGLAS COUNTY JAIL, Judges Lowe, and all Judges that worked my case;<br><br>  Defendants. | 8:24CV503<br><br>**MEMORANDUM AND ORDER** |

On January 23, 2025, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 5. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 3rd day of March, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge